

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Jerry David Aguilar

Plaintiff,

V.

See attachment

Defendant.

Civil Action No. 15cv2446-MMA(AGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment.

Date: 1/18/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15cv2446-MMA(AGS)

Defendants

Darryl Bates, M.D.

Omar Faruk, M.D.

Mohan Garikaparthi, M.D.

Christa R. Lawhorn

ANP-BC, Nurse Practitioner/Primary Care

Charles Maletz, M.D.


Miscellaneous Party

State of California, by and through California Department of Corrections and Rehabilitation